PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _EASTERN_   DISTRICT OF TEXAS
_LUFKIN_   DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC - 3 2021

Robert Grizzle #1448710
Plaintiff's Name and ID Number

BY
DEPUTY_____

Preston E smith unit
Place of Confinement

9:21cv295 RC/ZH
CASE NO._____
(Clerk will assign the number)

v.

Lt. J. Friederich 2665 prison Rd1 lovelady TX 75851
Defendant's Name and Address

Quentin tucker 2665 prison Rd1 lovelady TX 75851
Defendant's Name and Address

Shontranethe Booker 2665 Prison Rd1 lovelady, TX 75851
Defendant's Name and Address
( DO NOT USE "ET AL.")    Continued on Pg 6

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE,** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: March 202

      2. Parties to previous lawsuit:

        Plaintiff(s) Robert grizzle

        Defendant(s) Stephanie elliot, Cynthia tilley, Samuel Matthews

      3. Court: (If federal, name the district; if state, name the county.) Western dJr. Waco div.

      4. Cause number: W-20-CA-167-ADA

      5. Name of judge to whom case was assigned: Alan D. Albright

      6. Disposition: (Was the case dismissed, appealed, still pending?) Remanded From 5th

                                      Pending

      7. Approximate date of disposition: Current.

Continued on Page 7 Rev. 05/15

2

II.   PLACE OF PRESENT CONFINEMENT: Preston E Smith unit

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Robert Grizzle Smith unit #1998719
1313 CR 19 Lamesa TX 79331

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lt J. Friederich, Lieutenant, eastham unit, 2665 Prison Rd
1 lovelady tx 7585

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Used excessive force on me, causing serious bodily Injury.

Defendant #2: Quentin Bo Tucker, seargent, eastham unit, 2665
Prison Rd 1 lovelady tx 75851

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Turned a "Blind eye" while Lt Friederich used excessive force on me

Defendant #3: Shantranethe Booker officer eastham unit, 2665
prison Rd 1 lovelady TX 75851

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Turned a Blind eye while Lt Friederich used excessive force on me

Defendant #4: Stephen martin, Nurse, eastham unit 2665 Prison Rd 1
lovelady TX 75851

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

was deliberately indifferent to my serious medical needs

Defendant #5: ALM Hasan, Doctor, eastham unit 2665 prison
Rd 1 lovelady tx 75851

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Was deliberately indifferent to my serious medical needs

Continued on Page 8

3

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Pages 9-15/16

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See pages 16-17

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Robert James Grizzle, T3X, Bastard, Lil Bastard, John Smith Tarzan, spiderman, McguyVer

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1648714  and  #1350107  Both TDCJ-ID

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?          _____YES  ☒NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____

  2. Case number: _____

  3. Approximate date warning was issued: _____

Executed on: **10-21-20**
          DATE

                                           (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___**21st**___ day of ___**October**___ , 20 **21** .
             (Day)                (month)         (year)

                                           (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

4) stephen Martin

5) AZM Hasan

6) mervin cleveland

7) ~~John Doe #1~~ ~~AKA Auck goffin~~ Keithnik Gr.FFM

8) Srgt Jane Doe #1 AKA Srgt. Martin

9) ~~Jane Doe #1~~ ~~AKA officer teller~~ yvette meisser

10) Raven Little John

11) Jackie Barrone

12) John Doe #2 AKA Captain "O"

13) Donald Munz

14) Mark Roberts

All Address Are the Same

Eastham unit
2665 prison Rd 1
Loveladay TX 75851.

(6)

Continued From Pg 2 - Previous lawsuits

① Approx Date of Filing  March 2020     ② Plaintiff- Robert grizzle      Defendents—
Fernando Marez, Durcius Dudley, Willard Maier, Sharon lucas, Barbara Brackens, Jason
Reagan, Kenneth russell, Patricia lemasters, Vivian elerse ③ Court - Federal- western dist
Waco division ④ Cause No. 6:20 CV 168   ⑤ Judge Alan d. Albright.   ⑥ set For trial
⑦ Current

———————————————————————————————————

1) Approx Date of Filing March 2020  ② Plaintiff- Robert grizzle   Defendents- Kevins tipe
Billy Jackson ③ Federal court western district of TX Waco div ④ Cause No 6:20 CV-183
⑤ Judge Alan D albright.  ⑥ on appeal ⑦ Current

———————————————————————————————————

1) Approx. Date of Filing March 2020  ② Plaintiff Robert grizzle    Defendents- Steven
mCollum, Joseph watt, sara pederson, Jane Doe #1 (Nurse) ③ Federal Court eastern
district tyler division ④ Cause No 6:20 CV 214   ⓐ Magistrate R. Nicole Mitchell ⑥
Pending ⑦ Current

———————————————————————————————————

1) Approx Date of Filing  March 2020  ② Plaintiff Robert grizzle    Defendents- Matthew
Youmans, Jane Doe AKA Nurse Watt, Friederick mCollough, Herbert Battle, Roberta hill
Brandie Cottman, Aundrea walker, Kenneth hutto, Mark Roberts ③ court- Federal- eastern Dist
Lufkin div. ④ Cause No 9:20 CV 37 ⑤ Judge Ron Clark  ⑥ Still Pending ⑦ Current

———————————————————————————————————

① Approx Date of Filing March 2020 ② Plaintiff Robert grizzle - Defendents- Brandie Cottman
Curtis Runnells, Karie Baugh, Tammy love, Samuel Kuria, Jaquille Reed, Bruce
Johnson. mark Roberts, Roberta hill, Martha walkers, Mervin Cleveland, Lourdes wyatt
michael Brown, Jane Doe #2   Jane Doe #3 ③ Federal Court eastern district Dist TX
Lufkin division. ④ Cause No 9:20 CV-44 ⑤ Judge Ron clark  ⑥ Pending ⑦ Current

———————————————————————————————————

① Approx Date of Filing March 2020   ② Plaintiff -Robert grizzle     defendents-Deaundria
davis. michael Manning, christopher Bell Kurtis tillis, Martha walker, Stephen martin, Jane Doe #1
AKA Nurse watts, mark Roberts. sarah Rios. Olufunmilayo Adefoloju, cindy Davis, AZM hasan
Bruce Johnson, Aundrea walker, Kenneth hutto ③ Federal court eastern dist of TX lufkin div.
④ Cause No 9:20 CV 36  ⓐ Judge Ron clark ⑥ Pending ⑦ Currently

Continued - 3 - the full name of each ment - their official position - place of employement and full Mailing address - and their acts or omissions which harmed the plaintiff

#6) Mervin Cleveland Psych. Comseler - eastham unit 2665 Prison Rd1 lovelady texas, 75851 - was deliberately indifferent to my serious medical needs

#7) ~~Keith Rick Griffin~~ Nurse eastham unit 2665 Prison Rd1 lovelady tx 75851 - was deliberately indifferent to my serious medical needs

#8) Jane Doe #1 AKA Sergeant Martin eastham unit 2665 Prison Rd 1 lovelady, tx 75851 - was deliberately indifferent to my serious medical needs

#9) ~~Jane Doe~~ AKA ~~Yvette~~ Meisser eastham unit 2665 Prison Rd1 lovelady tx 75851 was deliberately indifferent to my serious medical needs

#10) Raven Little John Psych. Counselor eastham unit 2665 Prison Rd 1 lovelady tx 75851 - Turned a Blind eye while Lt Frederich used excessive force on me.

#11) Jackie Burrone nurse eastham unit 2665 Prison Rd 1 lovelady tx 75851 was deliberately indifferent to my serious medical needs

#12) John Doe #2 Captain eastham unit 2665 Prison Rd 1 lovelady tx 75851 found me guilty of a Bogus disciplinary Case, violated my Due Process rights in the process

#13) Donald Muniz Warden eastham unit 2665 Prison Rd 1 lovelady tx 75851 Refused to Remedy Due Process violations of which he Became aware of via step1 grievance

#14) Mark Roberts medical director eastham unit 2665 Prison Rd 1 lovelady tx 75851 Persistantly Failed to ensure I recieved medical Attention For my serious medical needs over a long period of time. constituting deliberate indifference.

8

Continued From Pg. 4 - Statement of Facts

1) On Sept. 10th 2020 I had a medical "Lay-In" for Lab at about 5:30 AM

2) I attended the Lay in at around 5:50 AM and had My Blood Drawn By Lab tech. Ms. McDaniels.

3) I left the Lab area and was stopped By defendent Booker. who was the medical security officer that Day.

4) She informed me that the Law Library was looking For me so they could Pick up some Law Library materials in my possession

5) I told her it was on my Bunk. I was on my way to my cell and I would have it ready to be picked up.

6) Defendent Booker called the Law Library, told them that. They said to give it to the I-J line pickett Boss See the ~~~~ so ~~~~ could PICK it up. I responded affirmative

7) I left medical about 6:02 AM

8) I got to my cell and gave said Law Library materials to the ~~II~~ J line pickett Boss

9) I entered my cell at J-line 1 row 6 cell and the door was closed at 6:07 AM. that was later confirmed via camera Footage at my disciplinary hearing

10) around 8:30 AM I was in the Dayroom watching ESPN coverage of opening Day for NFL Houston vs KC. I remember clearly

11) At this time Defendant Lt. Friedrich and Defendent Tucker entered J-Line called out my Last name "Grizzle".

12) Then they Placed me in handcuffs and took me to medical, Refusing to tell me what the deal was.

13) Upon entering medical defendent Friedrich told medical Personell to "watch out"

14) Namely defendents Little John, griffin and Booker

15) the Defendent Lt. Friedrich took one of my cuffs off and said "oh he's slippin out of the Cuffs"

16) Defendent Friedrich then turned me around and held me up against the wall and the cage in medical. He then told me to "come on do something"

17) I Refused to React. Because I do have a history of Defeating hand restraints I Knew if I provoked them they would Beat me to Death and get away with it.

18) He then grabbed my throat, choked me, Struck me several times with a closed Fist on the left side of my Face.

19) I looked him Str8 in the eyes and told him "thats it"

20) At this point defendent Friederich got extremely Angry, Pulled out a set of handcuffs and hit me on my ~~left~~ face at the left eye area 2 times causing 2 Deep ~~[illegible]~~ lacerations He then Choked me with his hand and said "I should Kill you"

21) I laughed at him and he then Choked me with my mask which has Long Cotton strings.

22) I then lost Conciousness ..

23) when I Came to Several inmates were watching From the medical Area, ~~Defend~~ defendants Booker, LittleJohn, ~~[illegible]~~ griffin, and tucker all looked scared.

24) Defendants Booker, LittleJohn, griffin and tucker said nothing as defendent ~~[illegible]~~ Friederich told them "You saw nothing"

25) Defendent Friederich then Put the loose handcuff on me and took me to get a pre hearing Detention Physical for me.

26) I told defendent ~~[illegible]~~ martin (nurse) that Lt Friederich had Just assaulted me that my face was Busted up and bleeding, my Back was in extreme pain, as well as my throat From being choked. I told him it was hard for me to Breathe

27) He Knew I had Previous Back and head injuries

28) Defendent Martin (nurse) then Looked at me and smiled an evil smile and said I Dont see nothing wrong with you.

29) while he was taking my Vital Signs. I took my mask off and showed him

30) At this time He and Defendents ~~Book~~ tucker and Friederich got Visibly extremely Angry.

31) Defendent ~~Booker~~ Booker gasped and said oh my god!

32) Friederich and tucker Grabbed me violently and tied my mask on my Face like a Blind Fold to hide the Damage to my Face

33) Then then hustled me out of medical and walked me to D-line Row 8 cell which is lock up.

34) the inmates that lived on Row Could Clearly see my mask tied on like a Blind fold and blood leaking From under it.

35) while placing me in my cell, Defendent Friederich told me "You're a pussy For not fighting Back. I hit you 10 times and you never swung Back, youre a punk, For Just standing there with youre hands Behind youre Back. Every inmate on D-line heard this

36) Shortly After safe prison officer Tillis was walking on D-line. I showed her my face she told

37. I was then taken to medical by Lt. Thorp.

38. I was only out of my cell about 10 minutes.

39. Medical staff "treated" me for a head injury that caused 2 deep lacerations and rendered me unconscious in about 5-6 minutes

40. I was seen by defendant Martin (nurse). He cleaned my cuts, went and got defendant Hasson. who quickly said "yea" Dermabond him up"

41. Defendants Martin and Hasson ignored literally my complaints of pain, contusions, concussion symptoms such as dizziness, tiredness, nausea, equilibrium off balance vomiting, ligature pain, neck pain, burning in my throat, trouble breathing, and intense back pain.

42. I then told defendant Barrone (nurse) of my complaints. She looked at me and said what makes you think I care

43. defendants Martin, Hasson, and Barrone, failed to conduct an adequate exam, failed/refused to inquire about my pain levels, failed to conduct a medical history, there is no way to treat a head injury like this in 5-7 minutes.

44. This is a systematic problem that I've dealt with at every unit I've been to in TDCJ in 16½ years.

45. I later realized I had a broken tooth

46. I was taken back to my cell. which had blood everywhere

47. Lt. thorp, officer antonio and defendant Foederich refused to acknowledge my complaints of blood every where

48. At this time I heard Lt thorp and defendant Foederich conversating about how they would make it look like I did all the damage to my face to myself. They banded back and forth about saying I cut my own face and saying I hit my face on the bunk in my cell. they supposedly took pictures of my cell where I hit my face on the bunk" to cover their butts" story!

49. Every inmate on D-Block heard this

50. After an hour or so defendant Cleveland then came to my cell He informed me that security said I cut my own face

51. He then said it looks like you've been in a fight. It don't look like you cut yourself.

52. I explained to him I had a concussion, I was dizzy, nauseous, vomiting, sleepy, unbalanced. that I had neck pain. could it breathed bad. that I had extreme pain in my neck and back. He said He'd refer me to medical.

11

53) Next, Defendant griffin came around passing out medication, I Informed him of All my symptoms to which he Responded he didn't Care

54) soon after I recieved my property. The officer that Delivered it to me told me that Lt Friederich (defendant) went through my property Personally and took everything that's missing. He stated my books "Didn't have my Name on them" He made No mention of my missing legal work. I was missing about 200$ worth of Books.

55) It was all taken with out Due Process- Namely a Pre- or Post Deprivation Process

56) It was merely thrown out and Instituted By Some TDCJ Policy

57) On 9-11-20 I awoke with Blurry Vision, Nausea, vomiting, Intense head pain, intense Back pain musck spasms in my Back, throat pain, inability to eat and drink. I fell unconcious several times, and had mouth pain From a Broken tooth.

58) I put in a step1 grievance on Lt Earl Defendent Friederichs and the issue Surrounding him assaulting me

59) Defendent Martin (Seargent) Jane Doe #1 Came to My cell with a Bogus case written By Lt Friederich claiming I Attempted to establish a relationship with Labs tech McDaniels at 6:10 Am on 9-10-21

60) I explained that was impossible As I left Medical about 6:03 Am. I explained that J-line Cameras would show I was in my cell at 6:10 Am

61) I explained my medical Symptoms to her. Told her I needed medical Attention. She Responded that She didn't care, whats your Statement on this Case

62) medical pill nurse defendent Barnone Purposely denied me my pain meds toROtol when she passed out meds On 9-11-20

63) On 9-12-20 I had all the Same Medical Symptoms

64) As well as 9-13-20

65) I had Been Putting In S.2.K Calls on these issues Since 9-10-20

66) On 9-14-20 I sent An I-60 Request to An Official to Mark Roberts (defendent) medical Supervisor requesting help and informal Resolution to my complaints against Medical

67) Around 1:36 pm I was taken to medical

68) I was seen by defendant Barone. She was rude, threatened to write me up because I complained about her to her supervisor

69) I told her all my medical symptoms and she said she didn't care

70) X-Rays were taken. And I received no other treatment not even something for pain

71) My complaints of Concussion, nausea, vomiting, fainting, neck, back, throat pain were ignored. My complaints of a broken tooth and mouth pain were ignored

72) On 9-15-20 I had the same symptoms and put in several sick calls

73) defendant Meisser came to my cell Asked if I was going to medical for Dental. I told her yes But I needed clothes as I had none.

74) Because I had no clothes she denied me medical/Dental Treatment for a broken tooth unnecessarily prolonging my pain and suffering.

75) On 9-16-20 I had all the same symptoms And put in several sick calls

76) Defendant Barone passed out medication on D-line on 9-16-20. When she came around she purposely didn't give me my medication, ~~and told me~~ I told her about my medical symptoms. And she threatened to have me wrote up if I continued complaining.

77) On 9-18-20 I sent in more sick calls and a complaint to Mark Roberts (defendant) the medical director again seeking informal resolution to my medical complaints. Against Defendant Barone, Hasan, and martin Nurse and Jaffin (nurse)

78) At this point I'd still not been treated for Concussion, nausea, vomiting, neck, back, throat pain, muscle spasms in my back, I had only been treated for my broken tooth.

79) On 9-18-20 I was convicted of the ~~case~~ Bogus case that was written by defendant Frederick, despite Ample evidence that I didn't do it and evidence of policy violations. defendant John Doe #2 captain "o" ignored exculpatory evidence camera Footage. Failed to be impartial. ignored procedure violations and denied me a witness namely ms madaris who I supposedly committed the offense against.

80) I recieved no medical attention for my symptoms despite numerous sick calls. I-60's to the medical director, and grievances filed

81) On about 9-29-20 I left eastham an "chain" to telford unit

82) I was down graded in classification due to this Bogus case/conviction. From G-4 to G-5

83) I was sent to a unit that was Flooded with drugs and cell phones that was 10x's more dangerous. even Cellie I had smoked. now I have respatory problems. I was forced to take a disciplinary case for one of my cellies possessing a cell phone. I was raped.

(84) Around January 21 The Bogus case from Lt. Defendant Friederich was reversed on step 2.

(85) I had wrote upon Step 1 grevance on warden donald Muniz (defendant) For ignoring and turning a Blind eye to due Process violations By Captain "O" at the disciplinary hearing.

(86) I was Returned as unProcessed Status it was Redundant and Refered me to the original disciplinary conviction appeal grevance even though it was against defendant muniz For Failing to Remedy Due Process violations which he Became aware of in that an appeal grevance.

(87) I also wrote a Step 1 grevance on medical Staff involved in this Situation it was Returned unProcessed as redundant, Reffering me to the step 1 on Lt Defendant Friederich assaulting me even though that Step 1 was on Security.

(88) I then Filed Another step 1 explaining that it was medical I was grevung for them Being Deliberately indifferent to my Serious medical needs and therefore not redundant

(89) I received it in January 2021 at the telford unit. It Stated it was returned to me on nov 2nd which is a lie. this was a machination on ther Part. Preventing me From Filing a step 2. It is a Standard tactic. Any time An offender Presents a meritorious Step 1 Grievance

(90) over a long Period of Time at the eastham unt And During the 2½ week Period From 9-10-20 to 9-26-20 I Put in numerous sick calls requests Directly to Defendant Roberts and Grievances. Defendant Roberts Persistantly Failed to Do Anything to make Sure I received medical Attention. And Refused to Remedy violations By his staff. Allowed his staff to Be deliberately indifferent to my serious medical needs the entire time I was at eastham with that in itself is deliberate indifference to my Serious medical needs.


## Claims for Relief

(1) Defendant Friederich violated My 8th Amendment Rights to Be Free of Cruel and unusual Punishment By using excessive use of Force on me with a weapon, unprovoked, causing serious Bodily injury, extreme Pain, a Broken tooth/ Concussion, Lacerations Scarring of the Face, and extreme Back, neck, throat Pain.

(2) Defendant Friederich violated my Due Process Rights By writing me a Bogus disciplne case, to Cover up his assault, said action caused Resulted in the loss of good time. Also By taking my Property Pursuant to a State policy with out Due Proces

2. defendent Fredrich violated my First Amendment Rights By taking Books and magazines from me which prevented me from exercising my Right to press. freedom of Press. and expression. the Books He took were law Books, Books on communism. and other "Knowledge" Books like the Prosperity Bible and Similar texts.

3. defendent Fredrich violated my access to courts Rights By taking legal work from me Namely witness affidavits from §1983 litigation I had filed in this same court against his coworkers Namely in Grizzle V.S. Deauedrea Davis cause No. 9-20-cv-36

5. defendent tucker Violated my 8th Amendment Rights to Be Free of cruel and unusual punishment By turning a Blind eye, watching out for and allowing defendent Fredrich to use excessive force on me un provoked which caused serious Bodily harm.

6. Defendents Booker, Little John, Griffin (aka Doe #4) violated my 8th Amendment rights to Be free of cruel and unusual punishment By turning a Blind eye, watching out for, and allowing defendent Fredrich to use excessive force on me unprovoked, which caused serious Bodily harm.

7. defendent martin (Nurse) violated my 8th Amendment Rights By Being Deliberately indifferent to my serious medical needs. In that He ignored my complaints of concussion, neck ligature pain, trouble Breathing, extreme Back Pain, Head Pain, Failure to inquire into Pain levels, failing to take a medical history, attempting to cover up the fact I'd Been assaulted By Lt Fried erich (defendent) unnecessarily prolonging my pain and suffering, causing me Further harm.

8. defendent Hasan violated my 8th Amendment Rights to Be Free of cruel and unusual punishment By Being Deliberately indifferent to my serious medical needs In that He ignored my complaints of serious Back Pain, ligature Pain, trouble Breathing, concussion like symptoms, Head Pain, By failure to do A adequate exam, failure to inquire into pain levels, failure to take a history and unnecessarily prolonging my pain and suffering

4. defendent cleveland violated my 8th Amendment Rights to Be free of cruel and unusual punishment By Being Deliberately indifferent to my serious medical needs By failing to do anything when I informed him that I was suffering from a concussion, extreme Back, neck, throat pain, ligature pain, trouble Breathing and falling unconcious.

10. Defendent _____ aka nurse griffin violated my constitutional Rights under the 8th Amendment to Be free of cruel and unusual punishment By Being Deliberately indifferent to my serious medical needs By. In that when I told him I had a concussion, head, neck, throat ligature pain, He told me he didn't care Refused to do any thing. ignored me. causing me Further harm and unnecessarily prolonging my pain and suffering

[1] Defendents Martin (Brat) Jane Doe #1 and Barone violated my 8th Amendment Right to Be Free of cruel and unusual Punishment By Bens Deliberately Indifferent to my Serious Medical needs In that then Both told me they did not care after I conveyed to them my suffering of falling unconcious, severe Head, neck, throat Pain, Concussion like Symptoms, they ignored my complaints, nurse Barone works in medical she knew these symptoms can Be Serious.

[2] defendent Meisser ~~(crossed out)~~ violated my 8th Amendment Rights to Be Free of cruel and unusual Punishment By Denying me a medical / Dental visit Because she was too lazy to get me a set of clothes. She unneccessarily prolonged my pain and suffering, Ignored my complaints of severe tooth pain.

[3] Defendent John Doe #2 AKA Captain "O" violated my Due Process Rights By finding me guilty of a bogus disciplinary case, Failing to Be An impartial Fact Finder, ignoring exculpatory evidence, and Policy Violations ~~and~~ Then taking good time from me in the amount of 364. Thats a whole year of good time he took on a Bogus case.

[4] Defendent Muniz violated my Due process Rights By Refusing to take action to Known Due Process violations enacted By Defendent John Doe #2 AKA Captain "O". of which he Became aware of via Step 1 grievence He Basically Sat on his Duff and Did nothing.

[5] defendent Roberts violated my ~~const~~ 8th Amendment constitutional Rights to Be Free Of cruel and unusual Punishment By Bens Deliberately Indifferent to my serious medical needs In that over a long period of time I notified him Numerous times that there was a proclivity ~~to Be date~~ ~~that~~ By easthrams medical staff to Be deliberately Indifferent to my serious medical needs multiple times He turned a blind eye, Refused / Failed to Do Any thing On Multiple times He Failed to ensure I recieved Adequate medical care despite the Fact I put in 100s of S.I.C. calls, And I-60's to him, notifying him Personally that I needed care.

[6] Defendent Barone violated my First Amendment Rights By threatening me with disciplinary action Because I was complaining of my medical problems Putting in a alot of S.I.C calls, And complaining of her actions to her Supervisor.

1) The Plaintiff requests the court to issue a declaratory statement that each defendant violated his Constitutional Rights as described in Claims For Relief of this Complaint, in direct violation of the Texas Penal Code

2) Award the Plaintiff compensatory Damages in the Following amounts:

A) $50,000.00 against Defendent Friederich

B) $25,000.00 Jointly and severally against ~~Tucker~~ defendents Tucker, Bucker Little John, and Griffin ~~Johnson~~

C) $25,000.00 against Defendent Stephen Martin

D) $5,000.00 against defendent hasan

E) $5,000.00 Jointly and severally against Defendents Martin[Jane Doc #1] cleveland and Meisser

F) $15,000.00 against Defendent Burrone

G) $15,000.00 against defendent Roberts

3) Award the Plaintiff nominal Damages in the Following amounts:

A) $500.00 against defendent Muniz
B) $500.00 against defendent John Doe #2 AKA Captain "o"

4) Award the Plaintiff Punitive Damages in the Following amounts

A) $60,000.00 against defendent Friederich

B) $25,000.00 Jointly and severally against defendents Tucker, Little John ~~and John Doc 2~~ (Griffin) and Bucker

C) $50,000.00 against defendent Martin, Stephen (nurse)

D) $5,000.00 against each Defendent Martin Jane Doc #1), meisser ~~Jane Doc #2~~, Hasan, and cleveland.

E) $2,000.00 against each defendent John Doc #2 captain "o" and Muniz.

5) grant the Plaintiff Any other such Relief As it may seem He is entitled to.

17

/10



**Texas Department of Criminal Justice**

# STEP 1
### OFFENDER GRIEVANCE FORM

8 L - 6 T

Offender Name: Robert Grizzle          TDCJ # 1998719

Unit: Eastham          Housing Assignment: D-line-1row 8cell

Unit where incident occurred: Eastham

OFFICE USE ONLY

Grievance #: 2021005153

Date Received: SEP 1 4 2020

Date Due: 10 24 20

Grievance Code: 002

Investigator ID #: I 2597

Extension Date: _____

Date Retd to Offender: OCT 0 9 2020

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Seargent Martin          When? 9-11-20

What was their response? None

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 9-10-20 I went to lab at 5:30 Am, left medical and went back to J-line with no problems. at 8:30 Am Lieteant Friederich come to J-line with Seargent tucker. they took me from the dayroom put me in handcuffs and took me to medical At medical Lt Friederich took one Cuff off spun me around ht and choked me. Every inmate that was in Medical waiting room saw this Right before he told the medical ladies to go, the other way psych Little Jim and The medical security officer, He told me come on hit me I told him he was a Bitch at this point he hit me with something metal causing me to lose consciousness, or when I came too I had extreme pain in my neck as he Choked me, I had pain in face, and lower Back, I told The medical nurse Martin I had these issues and he ignored me, Then I was taken to d-line and put in a cell bleeding when they walked me on D-line they put my mask over my eyes to cover up the damage to me from The camera, on D-line I spoke to Safe psu officer Fillis and she told me she'd get me to medical. Lt Thorp come to my cell with Friederich and tucker where they discussed how to make it look like I did all my injuries to myself they discussed talking pictures of my Bunk where they could say I hit my self, and saying I cut myself They discussed getting staff and medical to write statements saying nothing was wrong with me when I went into the cell they discussed it like it was a joke. Every inmate on dline 1Row heard and saw this. These actions violate my 8th Amendment

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER) SEP 1 4 2020

---

I-127 Back (Revised 11-2010)

Rights to be free of cruel and unusual punishment they falsified government data documents security then inventoried my property, took alot of stuff gave me no contiscation papers, claimed the stuff didn't have my name on it, that violates my Due process Rights. Then I was given a bogus case for sexually harrassing threatening the lab tech, But I saw her and left medical at 5:30 Am all this took place at 8:30 Am. that makes no sence SEP 1 4 2020

**Action Requested to resolve your Complaint.**

For something to be done to curb the known pattern of assaults commited on inmates by eastham security officers And for me to receive no Retaliation as a result thereof

Offender Signature: ___Robert Ann___    Date: __9-13-20__

**Grievance Response:**

An Administrative Investigation has been conducted regarding your allegations against staff.  There was insufficient evidence to substantiate any violations of policy by staff as alleged; however, due to the nature of your allegations, a copy of your grievance was forwarded to the Office of Inspector General (OIG).  Following their review, the OIG found insufficient evidence to open an investigation.  No further action is warranted at this time.

Signature Authority: _____   ASST WARDEN    Date: SEP 3 0 2020
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.    K. HUTTO

Returned because:   *Resubmit this form when corrections are made.

| | |
|---|---|
| ☐ 1. Grievable time period has expired. | |
| ☐ 2. Submission in excess of 1 every 7 days. * | |
| ☐ 3. Originals not submitted. * | |
| ☐ 4. Inappropriate/Excessive attachments. * | |
| ☐ 5. No documented attempt at informal resolution. * | |
| ☐ 6. No requested relief is stated. * | |
| ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. * | |
| ☐ 8. The issue presented is not grievable. | |
| ☐ 9. Redundant, Refer to grievance #_____ | |
| ☐ 10. Illegible/Incomprehensible. * | |
| ☐ 11. Inappropriate. * | |

**OFFICE USE ONLY**

Initial Submission _____ UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2nd Submission _____ UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3rd Submission _____ UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

BLOG 8
KM



## Texas Department of Criminal Justice

# STEP 2   OFFENDER GRIEVANCE FORM

Offender Name: Robert Grizzle   TDCJ # 1998719
Unit: Telford   Housing Assignment: 8 b 06 top
Unit where incident occurred: eastham   8L-49

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2021005153 |
| UGI Recd Date: | OCT 2 7 2020 |
| HQ Recd Date: | NOV 0 2 2020 |
| Date Due: | 12-6 |
| Grievance Code: | 002 |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).** *I am dissatisfied with the response at Step 1 because...*

Its obvious No Real investigation was completed. IF there was. The camera footage of when I was first taken to D line with my mask Tied on my face like a blind fold would have Raised serious questions. Thats camera footage. I was done like that to cover up the fact that I had serious damage to my left eye.

Not one inmate on D-line that witnessed this incident was questioned

Then my property claim was not addressed in any way shape fashion or form?

And the oig cant open an investigation unless sworn affidavits are available so of course they decided not to open an investigation this is a legal loophole TDCJ is using to do these types of actions and get away with it. Check my history. I File law suits so Dont do nothing about this and this will be my next suit...

---

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   **(OVER)**

I-128 Front (Revised 11-2014)

_____

_____

_____

_____

_____

_____

**Offender Signature:** _R. Sant. Spron_       **Date:** 10/21/20

**Grievance Response:**

This issue has been reviewed by The Office of the Inspector General and that office has determined that there is insufficient evidence to warrant opening a case.  No further action will be taken.

**Signature Authority:** _____    **Date:** NOV 2 4 2020

**Returned because:**   *Resubmit this form when corrections are made.*

- ☐  1.  Grievable time period has expired.
- ☐  2.  Illegible/Incomprehensible. *
- ☐  3.  Originals not submitted. *
- ☐  4.  Inappropriate/Excessive attachments. *
- ☐  5.  Malicious use of vulgar, indecent, or physically threatening language. *
- ☐  6.  Inappropriate. *

**CGO Staff Signature:** _____

| **OFFICE USE ONLY** |
| --- |
| Initial Submission      CGO Initials:_____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened  ____Improperly Submitted |
| Comments:_____ |
| Date Returned to Offender:_____ |
| 2nd Submission      CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened  ____Improperly Submitted |
| Comments:_____ |
| Date Returned to Offender:_____ |
| 3rd Submission      CGO Initials:_____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened  ____Improperly Submitted |
| Comments:_____ |
| Date Returned to Offender:_____ |

I-128 Back (Revised 11-2014)



**Texas Department of Criminal Justice**

# STEP 1

### OFFENDER
### GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: 2021009001 |
| Date Received: SEP 2 2 2020 |
| Date Due: 10·22·2020 |
| Grievance Code: 400 |
| Investigator ID #: I2604 |
| Extension Date: |
| Date Retd to Offender: NOV 0 2 2020 |

Offender Name: Robest Grizzle   TDCJ # 1998719

Unit: Eastham   Housing Assignment: ~~I Bcell~~

Unit where incident occurred: Eastham   8L 06T

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Capt. "D" d.sc. case # 2021000 9314   When? 9-18-20

What was their response? Guilty

What action was taken? Imposed Punishment

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

A.D. 4.35 page 3 section II. Correction of disciplinary actions ... Correction of disciplinary actions must Be Based on violation of the TDCJ disciplinary Rules and procedures for offenders (GR-106) such As insufficient evidence, and violations of due process that affects fundamental fairness.

There Are 3 major procedural violations that took place that affect fundamental fairness in this co 1) - GR-106 ~~disci~~ disciplinary Rules and procedures for offenders page 1 under 1 General procedures A. Repor infractions 2) 2nd ~~paragraph~~ sentence ... The offense Report shall Be written By someone who has direct knowledge of the incident. In this case as I pointed out at the hearing, the offense Report was written By someone that had no direct knowledge of the incident. He had Second hand knowledge that was obtained via a report. Therefore his "Report" and "testimony, SE officers report and officers testimony, cannot Be evidence relied upon for a finding of guilt as he doesn't know exactly what took place. At the hearing he admitted he had no direct knowledge if the incident. 2nd procedural violation - GR-106 page 17 E. written statement 5. Whether confrontation nd Cross examination of the offenders accusers, if Requested was denied, if so the Reasons a for the denial at the hearing I asked my accuser if he was aware the GR-106 required an ~~witness~~ offense report He written By one with direct knowledge of the incident. The capt. denied the question on repe. The is noted it in her paper work yet ~~she failed~~ he failed to put what denial of cross examination or the Reason written on the written ~~Record~~ (statement). 3rd procedural violation GR-106 page 16 5. The offender may request the ~~trial~~ presence of his accusers including the charging officer. my accuser was las tech McDaniels. The capt. Refused to allow her presence. He stated Before the trial that he had a statement from her and that's ll that2 needed.

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

yet This presented no fabulous evidence in the form of camera footage that shows I was in my cell at 6:10 Am. I was in my cell at 6:07. yet He found me guilty of committing an offense in the int same it 6:10 Am. when I proved I wasn't even there. He made excuses for this. And so did the counsel substitute. Also Zero evidence was presented that I threatened to inflict harm, physical or other wise on Lts. Tech mcdaniels, Her own statement said nothing about a threat. the Lt. chose to write that when he wrote the Case. even though He had no direct knowledge of the Incident. Attention whoever signs off on this appeal if you fail to Remedy the Due Process violations your aware of. I will sue you in Federal Court, I have a Case just like this on Asst. warden Billy Heath Jackson.

Action Requested to resolve your Complaint

For this disciplinary case to be overturned and action to be taken in accordance with A.D. 4.39 and E.D. 3.76 which states inappropriate disciplinary actions are strictly prohibited and will result in formal disciplinary action against the employee in accordance with PD-22. In short I want TDCJ to follow its own policies and guidelines

Offender Signature: _Robert Ginn_      Date: _9-21-20_

**Grievance Response:**

Disciplinary Case #20210009314 has been reviewed and no procedural errors were identified. Sufficient evidence was presented to support the charge and finding of guilt. There were no due process errors and punishment assessed was within agency guidelines. There is no reason to warrant overturning this case. No further action is warranted.

Warden D. Muniz

Signature Authority: _Ronald Mun___      Date _10-19-2020_

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

APR 1 3 2021

*accept as original (RC)*

**Texas Department of Criminal Justice**

## STEP 2    OFFENDER
GRIEVANCE FORM

Offender Name: Robert Garzie    TDCJ # 1998719

Unit: Telford    Housing Assignment: 8-06 top

Unit where incident occurred: Eastham    7I-13B

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021009001 |
| UGI Recd Date: | NOV 0 9 2020 |
| HQ Recd Date: | NOV 1 6 2020 |
| Date Due: | 12-10 |
| Grievance Code: | 400 |
| Investigator ID #: | 1-2193 |
| Extension Date: | 01/09/21 |
| Date Retd to Offender: | |

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

Give reason for appeal (Be specific).    *I am dissatisfied with the response at Step 1 because...*

I specifically noted 3 procedural violations that were ignored!

① The fact that the GR-106 Page 1 General procedures A. Reporting infractions. 2.) 2nd sentence. requires the offense report shall be written By Someone who has direct knowledge of the incident. And at the hearing the Charging officer admitted that He wasn't present at the incident that he was reporting. a Report made to him.

② GR-106 Page 17 E. written Statement 5.) Whether confrontation and cross examination of the offender's accusers if requested was denied & so the Reasons for the denial.

At the hearing I asked my accuser a question that the D.H.O. Denied And The D.H.O. Failed to note that fact or the Reason why on the written statement

③ GR-106 Page 15 (5) the offender may Request the presence of his accusers including the charging officers. My accuser was Lab tech mcdaniels. The D.Ho. Refused to Allow her presence, he stated That he had a statement from her and thats all he needs.

plus the fact that I was convicted for doing this Rule infraction, In the infirmary at the eastham unit, at 6:10 Am. yet I showed Camera footage that I was in my cell at 6:07 Am and Not in medical yet the D.Ho. ignored this evidence.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)**

I-128 Front (Revised 11-2014)

_____
_____
_____
_____
_____
_____
_____

**Offender Signature:** _____    **Date:** _____

**Grievance Response:**

An investigation has been conducted by the Central Grievance Office. Major disciplinary case #20210009314 has been overturned. It will be at the Warden's discretion as to if the case will be re-heard. This issue is resolved and requires no further action from this office.

**J. RILEY**

**Signature Authority:** _____    **Date:** _3/5/2021_

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 6. Inappropriate. *

**CGO Staff Signature:** _____

| OFFICE USE ONLY |
| --- |
| Initial Submission          CGO Initials:_____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments:_____ |
| Date Returned to Offender:_____ |
| 2nd Submission          CGO Initials: _____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments:_____ |
| Date Returned to Offender:_____ |
| 3rd Submission          CGO Initials:_____ |
| Date UGI Recd:_____ |
| Date CGO Recd:_____ |
| (check one) ____Screened    ____Improperly Submitted |
| Comments:_____ |
| Date Returned to Offender:_____ |

# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Robert Gozue   TDCJ # 1996719

Unit: Telford   Housing Assignment: 8-06 Top

Unit where incident occurred: Eastham

---

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt meisser   When? 11-3-20

What was their response? None

What action was taken? none

---

State your grievance in the space provided.  Please state who, what, when, where and the disciplinary case number if appropriate

On 10-19-20 Warden Donald munz at the eastham unit Reviewed a disciplinary appeal on case # 20210009314

At this point he was notifed on that Step 1 of Due process violations that were Done in that the hearing on that case and By denying the Appeal he effectivly turned a Blind eye to those due process error violations And has allowed them to perpetuate. That is An violation of my 14th Amendment due process Rights on his Behalf.

The D.H.o.'s of TDCJ have a Custom of convicting about 99% or more of inmates that come Before them. They have a Custom of ignoring exculpatory evidence, Being biased towards accussers, and engaging in a host of other Due process violations merely to obtain Convictions And nothing ever is done. the policy itsel States That disciplinary action will Be taken against employec's who engage in inappropriate disciplinary actions yet they never are never is a DHo Disiplined even when an inmates case is over turned For inappropriate action on the DHo's Part.

Never do these wardens do Anything when this is Brought to their attention. These Are ALL Due Process violations As well.

I Didn't recive The Step 1 Back on the Appeal until Nov 2nd 2020, at about Midnite ~~at the prodded or on~~ Thats purpose machinations to keep me From Filing a grievance Like this one

NOV 0 6 2020

---

NOV 0 6 2020

**Action Requested to resolve your Complaint.**

NOV 0 6 2020

**Offender Signature:** Robert Erin                    **Date:** 11-3-20

**Grievance Response:**

**Signature Authority:** _____                **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☑ 9. Redundant, Refer to grievance # **2021009001**
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** R Smallin / R Smalling

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY |
| --- |
| Initial Submission        UGI Initials: |
| Grievance #: 2021029768 |
| Screening Criteria Used: #9 |
| Date Rec'd from Offender: NOV 0 6 2020 |
| Date Returned to Offender: NOV 0 6 2020 |
| 2nd Submission        UGI Initials:_____ |
| Grievance #: |
| Screening Criteria Used: |
| Date Rec'd from Offender: |
| Date Returned to Offender: |
| 3rd Submission        UGI Initials:_____ |
| Grievance #: |
| Screening Criteria Used: |
| Date Rec'd from Offender: |
| Date Returned to Offender: |

**Texas Department of Criminal Justice**

**STEP 1**  OFFENDER
GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 20210101665 |
| Date Received: | SEP 25 2020 |
| Date Due: | 11/9/20 |
| Grievance Code: | 600 |
| Investigator ID #: | I2597 |
| Extension Date: | |
| Date Retd to Offender: | NOV 02 2020 |

Offender Name: Robert Grizzle   TDCJ # 1448719

Unit: Eastham   Housing Assignment: D-1-8 cell

Unit where incident occurred: Eastham

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Mark Roberts medical director via I-60   When? 9-15-20

What was their response? Said I would be taken to sick call

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

this is not a redundant Grievance the last one is on security staff actions. This grievance is on medical staff's actions. On 9-10-20 I was assaulted By Lt Frederick with fists and a metal object. that took place Right Before my PHD physical. During my PHD physical I told nurse Stephen martin. what happened, I voiced complaints of head, Back, face, neck Pain, nausea, dizziness He ignored my complaints, and Refused to treat me, Looked at me with a smile on his face and said I don't see nothing wrong with you. And told Lt Frederick and seargnt tucker to get me out of medical. Psych little John witness the assault on me and turned a Blind eye as well. Around 1 hour, later I was taken to medical Because I was found in my cell on the floor Bleeding. At this time I was seen By nurse martin, Barrone, and doctor hasan. I voiced to them my complaints, nausea, dizziness, vomiting head, neck, face, and Back pain. Nurse Barrone told me to shut up, Nurse martin told me that "they" were going to treat my "Cuts" and thats it. I had 1 scratch and 2 lacerations on my face. Those cuts were cleaned and derma Bonded And my other Complaints and injures were ignored and Barrone, martin, and hasan Refused to treat me. I was in medical 4-8 minutes. they took no history, Asked no questions, told me to shut up when I tried to 1D1ze my issues. These actions Constitute deliberate indifference to my serious medical needs a violation of my 8th Amendment Constitutional Rights. They exercised no proffesional Judgement on my pain, Possible concussion, Back Pain, neck pain. I have put in several sick call requests about this and I-60s to mark Roberts. On 9-14-20 I was taken to medical, then did X-Rays and

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

SEP 25 2020

Offender Grievance Operations Manual
Appendix F

qualitie pain state. I am experiencing Retaliation in the form of costs because I filed complaints on her ti her re with Retaliony. Retaliation in the form of costs because I filed complaints on her ti her supervisor mark Roberts. I have continued to put in sick calls complaining about pain in my neck, face, head, Brain Back, on An unknown date my IBprofen was changed to naproxen without any visit or examination, on 9-24-20 I went to a sick call and it was a follow up to the X-Rays. I was informed nothing was wrong with me, yet still my neck pain, Back pain and issues, an intense head pain with pain Behind my eyes has not Been addressed SEP 25 2020

Action Requested to resolve your Complaint.
to me properly treated for all my medical complaints not some And for protection from Retaliation By medical staff

Offender Signature: Robert Slim                    Date: 9-24-20

**Grievance Response:**

Chart review shows you were seen by the nurse for pre-hearing detention on 9/10/20. Also, an Urgent/Emergent Care record was completed by the nurse later that same day (9/10/20). You were also seen by a Qualified Mental Health Professional on 9/10/20 due to a referral of self-harm. You were seen again on 9/14/20 by the nurse for complaints of headache, dizziness and double vision and you also had a facial X-ray completed which showed no abnormal findings. On 9/22/20 the provider changed your pain medication from Ibuprofen to Naproxen. You were seen by the provider on 9/24/20 for a follow up on clavicle and shoulder X-rays and shoulder exercises were given. No new medication was indicated by the provider for your pain complaints. Treatment decisions are the authority of the licensed staff and not the offender patient. Ms. Barone and Ms. Littlejohn deny your allegations. There is no evidence to support your allegations. Your grievance is unsubstantiated.

Signature Authority: _____                    Date: 10/15/20

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Mark Roberts
Practice Manager

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Offender Grie



**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Robert Grizue_ TDCJ # _1948714_

Unit: _Eastham_   Housing Assignment: _D-108 cey_

Unit where incident occurred: _eastham_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Sergent Martin / mark Roberts via I60_   When? _9-11-20 / 9-15-20_

What was their response? _write a grevance, none_

What action was taken? _none_

---

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 9-10-20 I was beat up by Lieutenant Frederick with his fist and metal keys. I recieved extensive damage to my left eye, lower back and neck. Right before my phD physical. then stephen martin did my phD physical and I voiced my complants - head, back, neck pain, nosea, dizzieness, He stated I dont see nothing wrong with you, He ignored my complants, Refused to treat me, psych Little John was right there when I was assaulted Lt. Frederick told her and the medical people to go the other way while he beat me up. Afterwards She turned a blind eye to what was done to me thats the same as participating in the act. next I was taken back to medical where I was seen ~~be Correct Nurse martin, Barrone, Doctor~~ Nurse martin, Barrone, Doctor hasan ignored my complants and Refused to treat me for contusions, head trauma, dizzeness, pain in head, neck, face, lower back. They derma bonded my lacerations and got me out of medical in 5 minutes, they took no history, asked no questions, told me to shut up when I tried to elucidate my symptons, These actions constitute deliberate indifference to my serous medical needs, that violates my 8th Amendment Rights. They excercised no professional judgement concerning these complaints

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      **(OVER)**

I-127 Back (Revised 11-2010)

I have Put in multiple sick calls on Monday 9-14-20 I went to medical X-Rays were done, nothing else, Nurse Barbone threatened to retaliate on me with cases Because I filed complaints about her to her supervisor and threatened me with cases if I filed a grevance on her. + Still haven Been seen For Broken teeth in ten days despite numerous sick calls and comp My complaints are Being ignored And they are Refusing me treatment

**Action Requested to resolve your Complaint.**
to be properly treated for All my injuries

Offender Signature: _[signature]_                    Date: 9-20-20

**Grievance Response:**

**Signature Authority:** _____    Date: _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☑ 9. Redundant, Refer to grievance # 2021005153  SEP 2 2 2020
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission          UGI Initials: SH
Grievance #: 2021009022
Screening Criteria Used: 09  899
Date Recd from Offender: SEP 2 2 2020
Date Returned to Offender: SEP 2 2 2020
2nd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)



Robert Grizzle #1998719
Smith unit
1313 CR 19
Lamesa, TX 79331

Legal Mail

USPS

Clerk for the
U.S. DC- for the
Eastern District of TX
lufkin, Division
104 N. Third St
lufkin, TX 75901

EXPECTED DELIVERY DAY: 12/04/21
USPS TRACKING® #

9505 5105 8032 1334 2779 29

U.S. POSTAGE PAID
PM DAY
LAMESA, TX
75331
NOV 30, 21
AMOUNT
$0.00
R2305M148689-01

1006      75901