| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

ROBERT GRIZZLE,                          §
                                         §
                Plaintiff,               §
                                         §
*versus*                                 §        CIVIL ACTION NO. 9:21-CV-295
                                         §
JOHN FREDERICK, *et al*.,                §
                                         §
                Defendants.              §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Robert Grizzle, a prisoner previously confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against John Frederick, Quentin Tucker, Shantranethe Booker, Stephen Martin, AZM Hasan, Mervin Cleveland, Keithrick Griffin, Yvette Meisser, Raven Littlejohn, Jackie Barrone, Donald Muniz, and Mark Roberts.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. The magistrate judge recommended granting Defendants' Motions to Dismiss, in part, and denying them, in part. To date, the parties have not filed objections to the reports.

The court received and considered the Reports and Recommendations of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Reports and Recommendations of the United States Magistrate Judge (#25 and #26) are **ADOPTED**.  Defendants' Motions to Dismiss (#15 and #16) are **GRANTED** with respect to the claims against Defendant Donald Muniz, the medical claim against Raven Littlejohn, and any claims for money damages against Defendants in their official capacities.  In all other respects, the Motions to Dismiss are **DENIED**.  Defendant Donald Muniz is **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 21st day of March, 2023.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE