| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

ROBERT GRIZZLE,                                  §
                                                 §
            Plaintiff,                           §
                                                 §
*versus*                                         §      CIVIL ACTION NO. 9:21-CV-295
                                                 §
JOHN FREDERICK, *et al.*,                        §
                                                 §
            Defendants.                          §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Grizzle, a prisoner previously confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against John Frederick, Quentin Tucker, Shantranethe Booker, Stephen Martin, Azm Hasan, Mervin Cleveland, Keithrick Griffin, Yvette Meisser, Raven Littlejohn, Jackie Barrone, and Mark Roberts.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On August 3, 2024, the magistrate judge recommended granting Defendants' Motion for Summary Judgment and dismissing Defendants Hasan, Cleveland, Griffin, Littlejohn, Roberts, Martin, Meisser, and Barrone from this action. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#50) is **ADOPTED**.  Defendants Azm Hasan, Mervin Cleveland, Keithrick Griffin, Raven Littlejohn, Mark Roberts, Stephen Martin, Yvette Meisser, and Jackie Barrone are **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 6th day of September, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE